IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| MICAH LACERTE and <br> DIANA CHALOUX-LACERTE, <br><br> Plaintiffs, <br><br> vs. <br><br> LM INSURANCE CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 4:23-cv-00234-RK <br> ) (Judge Ketchmark) <br> ) <br> ) <br> ) |

## FIRST AMENDED COMPLAINT

**COME NOW** Plaintiffs Micah LaCerte and Diana Chaloux-LaCerte (hereinafter "Plaintiffs"), by and through undersigned counsel, and state as follows for their First Amended Complaint against Defendant LM Insurance Corporation (hereinafter "Defendant"):

### GENERAL ALLEGATIONS

1. Plaintiffs are a married couple currently residing in Kansas City, Clay County, Missouri.

2. At all times relevant to this First Amended Complaint, Defendant is and was a foreign insurance company which is authorized to do business in the State of Missouri, including within this Judicial District. Defendant's related business entity (Liberty Mutual Insurance Company) has previously been served in this lawsuit. If necessary, Defendant can be served via its registered agent.

3. Jurisdiction is proper in this Court against Defendant pursuant to, at minimum, **28 U.S.C. §§ 1332 and 1441**.

4. Venue is proper in this Court pursuant to, at minimum, **28 U.S.C. § 1391(b)(2)**.

1

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5. At all relevant times, Plaintiffs were and are the owners of a single-family residence located at 1201 N.W. 43rd Terrace, Kansas City, Clay County, Missouri 64116 (hereinafter "the Property").

6. The Property was insured against casualty loss under a policy of insurance issued by Defendant with coverage dates of November 14, 2020 to November 14, 2021 and numbered H35-243-353145-40 (hereinafter "the Policy").

7. On October 25, 2021, severe weather struck the Greater Kansas City Area. Such storm produced high winds, hail, and heavy rain (hereinafter "the October 25, 2021 Weather Event").

8. The October 25, 2021 Weather Event caused considerable damage to the Property, including, but not limited to, the tile roof and the interior of multiple rooms on the second story of the Property.

9. Plaintiffs timely made claim to Defendant for casualty losses to the Property due to the damage caused by the October 25, 2021 Weather Event.

10. On November 12, 2021, Defendant sent Plaintiffs an estimate of damage for hail and wind damage to the Property caused by the October 25, 2021 Weather Event.

11. Plaintiffs advised Defendant that they did not agree that the estimate was sufficient to repair all of the damage to the Property caused by the October 25, 2021 Weather Event.

12. On January 10, 2022, Defendant advised Plaintiffs in writing that its further investigation revealed that there was no damage to the Property caused by the October 25, 2021 Weather Event and, accordingly, Defendant was denying Plaintiffs' claim altogether.

13. Plaintiffs obtained an estimate which indicated that the total cost to repair all of the

damages to the Property caused by the October 25, 2021 Weather Event was at least $116,656.95.

## COUNT I – BREACH OF CONTRACT AGAINST DEFENDANT

14. Plaintiffs incorporate by reference herein the allegations set forth in Paragraphs 1 through 13 above.

15. All material conditions precedent have been met by Plaintiffs, and Plaintiffs have made demand upon Defendant for payment under the Policy for all casualty losses to the Property arising from the October 25, 2021 Weather Event.

16. Defendant has breached the Policy in that it has improperly refused to make payment for all casualty losses to the Property arising out of the October 25, 2021 Weather Event, notwithstanding the terms and provisions of the Policy, the circumstances of the October 25, 2021 Weather Event, and the laws of the State of Missouri.

17. As a direct and proximate result of Defendant's breach of contract, Plaintiffs have sustained damage.

**WHEREFORE** Plaintiffs Micah LaCerte and Diana Chaloux-LaCerte respectfully request that judgment on Count I be entered in their favor and against Defendant LM Insurance Corporation for compensatory damages in an amount that are fair and reasonable, for reasonable attorney's fees, for litigation expenses, for pre-judgment and post-judgment interest, for court costs, and for such other and further relief as is just and proper under the circumstances.

## COUNT II – VEXATIOUS REFUSAL TO PAY AGAINST DEFENDANT

18. Plaintiffs incorporate by reference herein the allegations set forth in Paragraphs 1 through 17 above.

19. Defendant has failed and refused to pay the entirety of Plaintiffs' insurance claim arising out of the October 25, 2021 Weather Event, and more than 30 days have passed since

Plaintiffs made due demand for payment for such claim under the Policy.

20. Defendant's failure and refusal to pay is vexatious and without reasonable cause or excuse, in violation of **R.S.Mo. §§ 375.296** and/or **375.420** and, therefore, Plaintiffs are entitled to recover (a) the amounts due under the Policy as described above; (b) their reasonable attorney's fees; and (c) a penalty not to exceed 20% of the first $1,500.00 of the loss and 10% of the amount of the loss in excess of $1,500.00.

**WHEREFORE** Plaintiffs Micah LaCerte and Diana Chaloux-LaCerte respectfully request that judgment on Count II be entered in their favor and against Defendant LM Insurance Corporation for compensatory damages in an amount that are fair and reasonable, for reasonable attorney's fees, for litigation expenses, for pre-judgment and post-judgment interest, for court costs, for a penalty not to exceed Twenty Percent (20%) of the first $1,500.00 of the loss and Ten Percent (10%) of the amount of the loss in excess of $1,500.00, and for such other and further relief as is just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

21. Plaintiffs demand a trial by jury on all issues so triable.

>*/s/ Dennis J. Cassidy*
>Dennis J. Cassidy   MO #46288
>HUNTER & CASSIDY, LLC
>600 Broadway, Suite 490
>Kansas City, Missouri 64105
>Telephone: (816) 421-1377
>Facsimile: (816) 421-1833
>E-Mail: dcassidy@huntercassidylaw.com
>ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 12, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon: **MR. CHRISTOPHER J. CARPENTER,** SCHAFFER & ASSOCIATES, CHTD., 10561 Barkley Street, Suite 620, Overland Park, Kansas 66212, ATTORNEY FOR DEFENDANT.

                                              /s/ Dennis J. Cassidy