IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICAH LACERTE and | ) |
| DIANA CHALOUX-LACERTE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-00234-RK |
| | ) |
| | ) |
| LM INSURANCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs and Defendant, by and through undersigned counsel, and notifies the Court that the parties have settled this matter. Settlement was reached during mediation on January 17, 2024 with Bruce Waugh acting as the mediator. All parties were present and participated in the mediation. The parties anticipate the settlement will be finalized and a dismissal with prejudice will be filed within the next 45 days.

*Respectfully submitted,*

SCHAFFER & ASSOCIATES, CHARTERED


 /s/ Mark B. Schaffer
Mark B. Schaffer                MO# 52533
mschaffer@schafflaw.com
10561 Barkley Street, Suite 620
Overland Park, KS  66212
(913) 345-0100   FAX (913) 345-1802
***ATTORNEYS FOR DEFENDANT***

/s/*Dennis J. Cassidy*
Dennis J. Cassidy          MO# 46288
**dcassidy@huntercassidylaw.com**
HUNTER & CASSIDY, LLC
600 Broadway, Suite 490
Kansas City, MO 64105
(816) 421-1377  FAX (816) 421-1833
***ATTORNEY FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have served a true and correct copy of the above and foregoing document on counsel of record through the Court's electronic filing system on this 18th day of January, 2024.

*/s/Mark B. Schaffer*
For the Firm